FILED: June 19, 2014

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 14-4347
(3:13-cr-00087-JRS-1)

_____

UNITED STATES OF AMERICA

      Plaintiff - Appellee

v.

LARRY LAWSON TAYLOR, JR.

      Defendant - Appellant

_____

O R D E R
_____

The court defers consideration of the motion to dismiss appeal pending the filing of the opening brief.  An amended briefing order shall issue.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk